No. 11-5814. Robert Mark Purchase, Petitioner v. Florida.

565 U.S. 952, 132 S. Ct. 419, 181 L. Ed. 2d 273, 2011 U.S. LEXIS 7442, ▮▮▮▮▮

October 11, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 60 So. 3d 1071.